[Civ. No. 12955.  Second Appellate District, Division Two.—January 23, 1941.]

WALTER S. FOCHT, Respondent, v. HAROLD COCHRAN et al., Appellants.

I. Henry Harris, Jr., for Appellants.

Stuart McHaffie for Respondent.

THE COURT.—The respondent having filed a motion to dismiss the appeal in the above-entitled matter, supported by a certificate of the clerk of the superior court setting forth the facts required by Rule VI of this court, and it appearing that all of the grounds stated in said motion are supported by the certificate and the authorities cited,

It is hereby ordered that this appeal be, and the same hereby is, dismissed.